UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-80298-AMC

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**RED ROBIN INTERNATIONAL, INC.,**
**a foreign for-profit corporation**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff NELSON FERNANDEZ ("Plaintiff") and Defendant RED ROBIN INTERNATIONAL, INC. ("Defendant"), through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days to finalize their settlement agreement and for Plaintiff to file the necessary dismissal document(s).

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email:duranandassociates@gmail.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**HUSCH BLACKWELL LLP**
Counsel for Defendant
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606-3912
T. 312/655-1500
Email:  Erica.baines@huschblackwell.com


By    */s/ Erica Baines*
        ERICA CONKLIN BAINES
        Fla. Bar No. 58121