UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80298-CIV-CANNON

**NELSON FERNANDEZ,**

    Plaintiff,

v.

**RED ROBIN INTERNATIONAL, INC,**

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on May 28, 2024, in which the parties advise that they have settled this matter [ECF No. 12]. The Court has carefully reviewed the file and is fully advised in the premises. Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **June 18, 2024**.

2. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 24-80298-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of May 2024.

                                                              **AILEEN M. CANNON**
                                                              **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record